# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: 12-&S 295m

2) Defendant's Name: Ponomarenko Volodymyr
   (Last) (First) (M.I.)

3) Age: 42

4) Title: 50 USC  Section(s): 1705

5) Citizen of: Ukraine  Needs Russian or Ukrainian Interpreter

6) Arrest Warrant Issued: yes  Date and time of arrest: 3/23/12 8:30pm.

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___ Yes ✓ No  Other District: ___

8) Name of Interpreter used today: Yana Agourezzv  Language: Russian

9) Arraignment on complaint held: ✓ Yes ___ No  Date/Time: 3/24/12 12:05pm – 12:10pm

10) Detention Hearing Held: ___ Bail set at: ___  ROR Entered: ___ POD Entered: ✓ w/o prej.

11) Temporary Order of Detention Entered: ___  Bail Hearing set for: ___

12) (a) Preliminary Hearing set for: 4/6/12 11AM ; or waived: ___
    (b) Removal Hearing set for: ___ ; or waived: ___
    (c) Status Conference set for: ___

13) ASSISTANT U.S. ATTORNEY: David Sarratt

14) DEFENSE COUNSEL'S NAME: Michele Gelernt
    Address: ___
    Bar Code: ___ CJA: ___ FDNY: ✓ RET: ___
    Telephone Number: ( ) ___

15) LOG #: Sat. arr.  MAG. JUDGE: Rmann

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by ___

Other Comments/Rulings: ___

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS 24th DAY OF March, 2012

_Roanne L. Mann_
UNITED STATES MAGISTRATE JUDGE